IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01188-CMA-KLM

LATASHA BAIN,

    Plaintiff,

v.

HARRISON SCHOOL DISTRICT NO. 2,
ANNETTE ONTIVEROS, in her individual capacity,
F. MIKE MILES, in his individual capacity,
DAVID MCKENZIE, in his individual capacity,
DEE MULLINS, in her individual capacity,
MARYANNE WIGGS, in her individual capacity, and
ALJEAN TUCKER, in her individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Joint Motion for Expedited Entry of Protective Order** [Docket No. 45; Filed January 25, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: January 26, 2010