IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01188-CMA-KLM

LATASHA BAIN,

     Plaintiff,

v.

HARRISON SCHOOL DISTRICT NO. 2,
ANNETTE ONTIVEROS, in her individual capacity,
F. MIKE MILES, in his individual capacity,
DAVID MCKENZIE, in his individual capacity,
DEE MULLINS, in her individual capacity,
MARYANNE WIGGS, in her individual capacity, and
ALJEAN TUCKER, in her individual capacity,

     Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [Docket No. 49; Filed March 18, 2010] and **Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Discovery** [Docket No. 51; Filed March 19, 2010] (the "Motions").

     IT IS HEREBY **ORDERED** that the Motions are **GRANTED**.

     IT IS FURTHER **ORDERED** that the Scheduling Order [Docket No. 13] is amended as follows: the discovery cut-off is extended to June 14, 2010 for the completion of depositions and the dispositive motions deadline is extended to July 16, 2010.

     IT IS FURTHER **ORDERED** that Defendants shall respond to Plaintiff's first and second set of interrogatories and requests for production of documents on or before **April 15, 2010**.

     IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for July 21, 2010 at 10:30 a.m. is **vacated** and **reset to August 31, 2010 at 10:00 a.m.**  The parties shall submit a joint Pretrial Order on or before August 24, 2010.

Dated:  March 19, 2010