IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01188-CMA-KLM

LATASHA BAIN,

    Plaintiff,

v.

HARRISON SCHOOL DISTRICT NO. 2,
ANNETTE ONTIVEROS, in her individual capacity,
F. MIKE MILES, in his individual capacity,
DAVID MCKENZIE, in his individual capacity,
DEE MULLINS, in her individual capacity,
MARYANNE WIGGS, in her individual capacity, and
ALJEAN TUCKER, in her individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Leave to Allow Insurance Counsel to Appear by Telephone** [Docket No. 57; Filed April 2, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Counsel for the insurance company that may provide coverage for this matter may appear by telephone at the Settlement Conference set for April 19, 2010 at 1:30 p.m. Counsel must be available throughout the entirety of the Settlement Conference to receive a telephone call from Defense counsel.

Dated: April 5, 2010