IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01188-CMA-KLM

LATASHA BAIN,

    Plaintiff,

v.

HARRISON SCHOOL DISTRICT NO. 2,
ANNETTE ONTIVEROS, in her individual capacity,
F. MIKE MILES, in his individual capacity,
DAVID McKENZIE, in his individual capacity,
DEE MULLINS, in her individual capacity,
MARYANNE WIGGS, in her individual capacity, and
ALJEAN TUCKER, in her individual capacity,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on Plaintiff's Motion To Dismiss With Prejudice (Doc. # 61). The Court having considered the Motion To Dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorneys' fees and costs.

DATED: August __10__, 2010

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge